UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:06:CR:287

        HON. GORDON J. QUIST

ERIC WOODY,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 15, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Eric Woody's plea of guilty to Counts 1 and 2 of the Indictment are accepted. Defendant Eric Woody is adjudicated guilty.

3. The Order of June 21, 2007, waiving the presentence report (Dkt. No. 62), is hereby VACATED.

4. Sentencing in this matter is rescheduled to **October 11, 2007, at 11:00 AM**.


Dated: July 6, 2007                                           /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE